UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:02-CR-22 |
| | ) | Civ. No. 2:12-cv-346 |
| ANGELO HINSON | ) | |

**JUDGMENT ORDER**

For the reasons stated in the Memorandum Opinion and Order filed in this case, the Defendant's Motion for Reconsideration [Doc. 196] is **DENIED AS MOOT**, the Motion filed through counsel [Doc. 198] for the appointment of counsel is **GRANTED,** and the Defendant's Motion to Vacate under 28 U.S.C. § 2255 [Doc. 204] is **GRANTED IN PART** and otherwise **DENIED AS MOOT**. Defendant's term of supervised release is reduced to five (5) years beginning upon the termination of his period of confinement with the Bureau of Prisons. Except as provided above, all provisions of the judgment dated March 2, 2004 [Doc. 129], shall remain in effect.

The Clerk is **DIRECTED** to close the civil file.

SO ORDERED.

                                              s/Leon Jordan
                                              UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ Debra C. Poplin
   CLERK OF COURT